UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

        Plaintiff(s),

VS.                                           2:05-cr-125-JCM-RJJ

AMBER MCDEARMON ET AL

        Defendant(s),

**SEALED ORDER FOR DESTRUCTION OF EXHIBITS**

      The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: September 27, 2010                                    _/s/ James C. Mahan_
                                                          **U.S. DISTRICT JUDGE**