UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:05-CR-125-JCM-RJJ |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JAMES REDA | ) |
| | ) |
| Defendant. | ) |

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
MAY 2 5 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#64), sentencing held on October 24, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: Bank of America
Amount of Restitution: $200.00

Name of Payee: Home Depot
Amount of Restitution: $438.38

Name of Payee: RC Willey
Amount of Restitution: $4,686.96

Name of Payee: Eureka Casino
Amount of Restitution: $1,500.00

Name of Payee: Motorcycle City
Amount of Restitution: $329.90

Name of Payee: National Diversified Brokers
Amount of Restitution: $400.00

Name of Payee: Whitehall Jewelry
Amount of Restitution: $591.25

**Total Amount of Restitution ordered: $8,146.49****

**Joint and Several with Co-Defendants Amber McDearmon and Thomas Reda

Dated this _24th_ day of May, 2018.

                                                  UNITED STATES DISTRICT JUDGE